# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAYLOR NEWMAN CABINETRY, INC.**
**and ALLSTAR LIGHTING & SOUND,**
**INC.,**

        **Plaintiffs,**

-vs-                                                  **Case No. 6:10-cv-1445-Orl-22DAB**

**CLASSIC SOFT TRIM, INC. and**
**DANIEL VALENCIA,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Plaintiffs' (Renewed) Motion for Supplemental Award of Attorneys' Fees (Doc. No. 37) filed on August 31, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 14, 2012 (Doc. No. 42) is ADOPTED and CONFIRMED and made a part of this Order.

    2.       Plaintiffs' (Renewed) Motion for Supplemental Award of Attorneys' Fees (Doc. No. 37) is GRANTED in part. Plaintiffs are hereby awarded Supplemental Fees in the amount of **$16,992.00**.

    **DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 29, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge