UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TAYLOR NEWMAN CABINETRY,
INC. and ALLSTAR LIGHTING &
SOUND, INC.,**

        **Plaintiffs,**

v.                                                  Case No: 6:10-cv-1445-Orl-22DAB

**CLASSIC SOFT TRIM, INC. and
DANIEL VALENCIA,**

        **Defendants.**

## ORDER

This cause is before the Court on Plaintiffs' Motion For Writ of Execution, and Motion to Enforce Final Orders Regarding Attorneys' Fee Awards (Doc. No. 44) filed on May 9, 2012 and Defendants' Motion for Relief from Judgment Awarding Attorney's Fees (Doc. No. 53) filed on June 27, 2012.

The United States Magistrate Judge has submitted a report recommending that the Plaintiffs' Motion be GRANTED in part and DENIED in part and that the Defendants' Motion be DENIED.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiffs and Defendants, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. (Doc. Nos. 58 & 59).

Specifically, the Court has reviewed the laundry list of Defendants' objections to the Magistrate Judge's denial of their Motion for Relief from Judgment. (Doc. No. 58). The Court, after reviewing all of the Defendants' objections (which overwhelmingly focused on whether the Magistrate Judge considered certain allegations), the Court still agrees with the well-reasoned

opinion of the Magistrate Judge set forth in his thoroughly cited fifteen page report and recommendation.  Moreover, in their objections, Defendants fail to argue specifically against why a writ of execution would not be procedurally permissible.

As to Plaintiffs' objection that the Magistrate Judge overlooked the case law they cited supporting the supplemental award of fees associated with filing their motion for writ of execution and addressing Defendants' Motion for Relief from Judgment, the Court has reviewed the cases cited by the Plaintiffs and does not find them persuasive.  (Doc. No. 59).

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 10, 2012 (Doc. No. 57), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' objections are **OVERRULED**.

3. Plaintiffs' objections are **OVERRULED**.

4. The Plaintiffs' Motion For Writ of Execution, and Motion to Enforce Final Orders Regarding Attorneys' Fee Awards (Doc. No. 44) is hereby **GRANTED** to the extent that Plaintiffs are owed the amount of $19,492.00 in attorney's fees without any additional award for new fees or interests.

5. Defendants' Motion for Relief from Judgment Awarding Attorney's Fees (Doc. No. 53) is **DENIED**.

6. The Clerk is **DIRECTED TO ENTER** a judgment setting forth that Plaintiffs Taylor Newman Cabinetry, Inc. and Allstar Lighting & Sound, Inc. recover from the Defendants Classic Soft Trim, Inc. and Daniel Valencia the amount of $19,492.00.  Upon entry of judgment, Plaintiff shall file an application to the Clerk for a writ of execution under the Federal Rules of Civil Procedure, which will then be granted.

**DONE** and **ORDERED** in Orlando, Florida on November 30, 2012.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties